**EXHIBIT B**



| | CALAVO GROWERS, INC. | **INVOICE** | | INVOICE NUMBER | 08686566 |
| --- | --- | --- | --- | --- | --- |
| | 33-0945304 | | | INVOICE DATE | 11/24/16 |
| | (805) 525-1245 | USE INVOICE NUMBER | | CUSTOMER NUMBER | ZAOSOL |
| REMIT TO: | FILE NO 7600 | AND CUSTOMER NUMBER | | CUSTOMER REFR | 314 |
| | LOS ANGELES, CA 90074-7600 | ON ALL CORRESPONDENCE | | PAGE NUMBER | 1 of 1 |
| | | | | DATE SHIPPED | 11/24/16 |

**BILL TO:**
WORLD'S GARDEN LTD
CRAIGMOUR CHAMBERS
ROAD TOWN
TORTOLA, VG1110

**SHIP TO:**
ZAO SOLNTSE MEXICO
ULITZA IZHORSKAYA, 7
MOSCOW, 127599

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
| --- | --- | --- | --- |
| 314 | 07/19/16 | 730 | EX WORKS |
| From | Calavo - Export Sales | | |
| Via | | | |
| Special Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 50242 | 12/500G T | FRZ F/S CAL SUP DELICADOS | 2846 | 23.76 | 67620.96 |
| | | UPC: 070740502423 | | | |
| | | PRODUCT OF MEXICO | | | |
| 06431 | | OCEAN FREIGHT | 1 | 6178.00 | 6178.00 |
| 06470 | | FREIGHT FORWARDING | 1 | 75.00 | 75.00 |

Special Instructions:

*SHIP TO ST PETERSBURG, RUSSIA*

SEAL #: 1695284
TEMP RECORDER: 49378607/8608

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| INVC16001001086865660001 | NET 60 DAYS | 40697.8 | 0 | 2846 | .00 | 73873.96 USD |

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT