

**EXHIBIT F**



CALAVO GROWERS, INC.
33-0945304
(805) 525-1245

# INVOICE

REMIT TO: FILE NO 7600
LOS ANGELES, CA 90074-7600

USE INVOICE NUMBER
AND CUSTOMER NUMBER
ON ALL CORRESPONDENCE

| | |
|---|---|
| INVOICE NUMBER | 08679143 |
| INVOICE DATE | 06/18/16 |
| CUSTOMER NUMBER | NORISB |
| CUSTOMER REFR | 0003 |
| PAGE NUMBER | 1 of 1 |
| DATE SHIPPED | 06/18/16 |

**BILL TO**
WORLD'S GARDEN LTD
CRAIGMOUR CHAMBERS
ROAD TOWN
TORTOLA, VG1110

**SHIP TO**
COSTCO WHOLESALE SPAIN SLU
ALEJANDRO CORNEJO OFICINA
CENTRAL POLOGONO EMPRESARIAL
LOS GAVILANES C/AUGUSTIN DE
BETANCOURT 17, 28906GETAF

| Customer P.O. Number | Date Ordered | Broker/Sales | PPD/COLL |
|---|---|---|---|
| 0003 | 06/15/16 | 730 | EX WORKS |
| From | Calavo - Export Sales | | |
| Via | | | |
| Special | | | |
| Inst. | | | |

CALAVO SALES REPRESENTATIVE MUST BE
NOTIFIED OF ALL CLAIMS WITHIN
24 HOURS OF RECEIPT OF INVOICE

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| PROD# | SIZE | PACKAGE CODE / DESCRIPTION | QTY SHP | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01841 | 4/12OZ | AUTH 4/12OZ CLUB DISP UNIT PRODUCT OF MEXICO | 6 | 1.00 | 6.00 |
| 06431 | | AIR FREIGHT | 1 | 1173.92 | 1173.92 |
| 06470 | | FREIGHT FORWARDING | 1 | 75.00 | 75.00 |

SEAL #: 1695262
TEMP RECORDER: A09 FBH/ A09 FD

| | TERMS | WEIGHT | PALLET | TOT QTY | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | NET 60 DAYS | 6.00 | 0 | 6 | .00 | 1254.92 USD |

INVC160010020886791430001

ORIGINAL - PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT